**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AVIA BIBEAU,** | : | |
| **Plaintiff,** | : | |
| | : | **No. 3:24-CV-00248** |
| **v.** | : | |
| | : | **Judge Mariani** |
| **EAST STROUDSBURG** | : | |
| **UNIVERSITY,** *et al.,* | : | **Electronically Filed Document** |
| | : | |
| | : | *Complaint Filed 02/09/24* |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants East Stroudsburg

University and East Stroudsburg University Police Department, in the above-

captioned matter.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General


By:   *s/ Paul Schorn*
<span> </span>
PAUL SCHORN
Deputy Attorney General
Attorney ID PA #337496

NICOLE R. DITOMO
Chief Deputy Attorney General
Civil Litigation Section

*Counsel for Defendants East Stroudsburg University and East Stroudsburg University Police Department*

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 574-0385

pschorn@attorneygeneral.gov

Date:  April 15, 2026

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AVIA BIBEAU, | : | |
| Plaintiff, | : | |
| | : | No. 3:24-CV-00248 |
| v. | : | |
| | : | Judge Mariani |
| EAST STROUDSBURG | : | |
| UNIVERSITY, *et al.,* | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 02/09/24* |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Paul Schorn, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on April 15, 2026, I caused to be served a true and correct copy of the foregoing document titled *Entry of Appearance* to the following:

<u>**VIA ECF**</u>

**Matthew T. Comerford, Esquire**
**Comerford Law**
**538 Biden Street, Suite 430**
**Scranton, PA  18503**
**matt@comerford.law**
*Counsel for Plaintiff*

**Sarah C. Yerger, Esquire**
**PO Box 94**
**Camp Hill, PA 17001**
**sarah@yergerlaw.net**
*Counsel for Defendant Jones*

**Curt M. Parkins, Esquire**
**Pisanchyn Law Firm**
**524 Biden Street**
**Scranton, PA 18503**
**curt@pisanchyn.com**
*Counsel for Plaintiff*

*s/ Paul Schorn*
**PAUL SCHORN**
**Deputy Attorney General**